IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FARM CREDIT SERVICES OF AMERICA, FLCA, | 8:18-CV-80 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NICOLE TIFFT, | |
| Defendant. | |

This matter is before the Court on the defendant's motion to withdraw (filing 55) her motion for summary judgment. The Court will grant that motion without prejudice to the defendant's reassertion of her motion for summary judgment based on the operative pleadings.

IT IS ORDERED:

1. The defendant's motion to withdraw (filing 55) is granted.

2. The defendant's motion for summary judgment (filing 38) is withdrawn.

Dated this 1st day of October, 2018.

BY THE COURT:

_____
John M. Gerrard