# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FARM CREDIT SERVICES OF AMERICA, FLCA,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**NICOLE TIFFT, and CORNERSTONE INSURANCE SERVICES, INC.,**<br><br>        **Defendants.** | **8:18CV80**<br><br>**ORDER** |

The parties have settled the claims following a settlement conference held with the undersigned magistrate judge on June 2, 2020. Accordingly,

**IT IS ORDERED:**

1. On or before **August 3, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 3rd day of June, 2020.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge